IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NORMA J. MAXWELL,                                Case No. 3:12-cv-00475-HU

        Plaintiff,                                            ORDER

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

MARSH, Judge

    Magistrate Dennis James Hubel issued a Findings and Recommendation (#17) on July 16, 2013. The Magistrate Judge recommends that the Commissioner's final decision should be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). No objections have been timely filed.

    When neither party objects to a Magistrate Judge's Findings and Recommendation, this court is relieved of its obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); see also United States v.

1 - ORDER

Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the court does not find any error.

## CONCLUSION

The court ADOPTS Magistrate Judge Hubel's Findings and Recommendation (#17). Accordingly, the Commissioner's decision is AFFIRMED and this proceeding is DISMISSED.

IT IS SO ORDERED.

DATED this __12__ day of AUGUST, 2013.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER